HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH R. KALAC,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. C17-1090 RAJ

ORDER

This matter comes before the Court on Joseph Kalac's Second Motion to Appoint Counsel. Dkt. # 10. There is no constitutional right to counsel in a post-conviction § 2255 proceeding. *Sanchez v. United States*, 50 F.3d 1448, 1456 (9th Cir.1995). Under the Rules Governing § 2255 Proceedings for the United States District Courts, if a judge determines that an evidentiary hearing is warranted, "the judge must appoint an attorney for a moving party who qualifies to have counsel appointed under 18 U.S.C. § 3006A." *See* Rule 8(c). Without this determination, appointing counsel is purely a discretionary matter. *See* 18 U.S.C. § 3006A(a)(2)(B) (stating that a federal court "may" appoint counsel if "the interests of justice so require[.]").

The Court already found that an evidentiary hearing is unnecessary. Mr. Kalac does not present any new information or argument to the contrary in his newest motion.

ORDER- 1

If circumstances change such that the Court finds an evidentiary hearing necessary, then the Court will appoint counsel for petitioner. The Court continues to find no other compelling justification for appointing counsel at this time.

Dated this 12th day of October, 2017.

_____
The Honorable Richard A. Jones
United States District Judge